UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
                  -v-                                         :           20-CR-135-1 (JMF)
                                                                        :
                                                                        :                ORDER
ALEXANDER ARGUEDAS,                                                     :
                                                                        :
                  Defendant.                                  :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        The Court received the attached letter from Jennifer L. Brown, Esq., recommending the appointment of Donald Yanella, Esq., as Learned Counsel for Defendant Alexander Arguedas pursuant to 18 U.S.C. § 3005. The Court accepts Ms. Brown's recommendation and hereby appoints Mr. Yanella as Learned Counsel for Mr. Arguedas.

        SO ORDERED.

Dated: March 27, 2020
       New York, New York                                    JESSE M. FURMAN
                                                                          United States District Judge

**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street - 10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David Patton
*Executive Director and
Attorney-in-Chief*

March 25, 2020

**VIA EMAIL**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   **United States v. Alexander Arguedas**
      **20 Cr. 135 (JMF)**

Dear Judge Furman:

     I write pursuant to 18 U.S.C. § 3005 to offer my recommendation to the Court for the appointment of learned counsel in the above-captioned capital case for Alexander Arguedas, who is represented by Mark DeMarco as lead counsel. I recommend the appointment of Donald Yanella as learned counsel. Mr.Yanella is a member of the SDNY Capital Panel and has frequently been found learned in the law of capital cases. In arriving at the recommendation, I have contacted the government and defense counsel and have reviewed the conflict list. Mr. Yanella is available and does not appear to have any conflict.

     Please do not hesitate to contact me with any questions or concerns.

                                  Best regards,

                                  /s
                                  Jennifer L. Brown
                                  Attorney-in-Charge
                                  Federal Defenders of New York
                                  Tel.: (212) 417-8722