UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                                :

UNITED STATES OF AMERICA                        :

        -v-                                         :            20-CR-135 (JMF)

ALEXANDER ARGUEDAS et al.,                  :            ORDER

                Defendants.                :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of the COVID-19 emergency, the Court will not hold the conference scheduled for May 4, 2020, in this case in person.  Counsel are directed to confer and, **no later than April 28, 2020**, submit a joint letter indicating their views on whether a conference is necessary or if it can be adjourned (and, if so, for how long).  Given the difficulties inherent in holding a conference in this case any time soon (even by telephone or video), the parties are encouraged to address in their letter any issues that would have been addressed at a conference, including but not limited to the extent and nature of discovery; a deadline for the production of discovery; and a deadline for the filing of pretrial motions (other than *Bruton* motions or severance motions based solely on the number of Defendants in this case, which can be filed at a later date if appropriate); and exclusion of time under the Speedy Trial Act.  If appropriate, the parties may submit a proposed order for the Court's consideration.

       If there is a need for a conference as to any Defendant, counsel should indicate their views on whether the Court can, consistent with the Constitution, the Federal Rules of Criminal Procedure, the CARES Act, and any other applicable law, conduct the conference by telephone or video and, if applicable, whether the relevant Defendant consents to appearing in that manner and/or to waiving his appearance altogether.

       After reviewing the parties' joint letter, the Court will issue an order indicating whether the conference is cancelled and addressing any other relevant deadlines and information.  If a conference is held, it will be by telephone or video, albeit perhaps at a different time.  To that end, if counsel believe that a conference would be appropriate, they should indicate in their joint letter dates and times during the week of the currently scheduled conference and the week afterward that they would be available for a telephone or video conference.  In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

       SO ORDERED.

Dated: April 22, 2020
       New York, New York                         _____
                                                                        JESSE M. FURMAN
                                                              United States District Judge