Law Firm of
**Susan K Marcus LLC**
29 Broadway, Suite 1412, New York, NY 10006
T: 212-792-5131 ◆ F: 888-291-2078 ◆ E: susan@skmarcuslaw.com

November 4, 2020

<u>VIA ECF</u>

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

In re: *United States v. Arguedas*, 20-CR-135

Dear Honorable Judge Furman:

I write in response to the Court's Order on October 22, 2020 [Doc 249] regarding proposed trial dates for the Court's consideration. Counsel for the defendants have conferred, and propose March 2022, April 2022 or May 2022 for a trial date in this case. The government is available for those dates. The Government estimates that the trial will last approximately 4-6 weeks, depending on the number of defendants that proceed to trial.

Thank you for your consideration of this request.

Respectfully submitted,

*[signature]*

Susan K. Marcus, Esq.
Attorney for Simone Cordero

Trial is scheduled to begin March 7, 2022.  That is a firm date.  Counsel and the parties are cautioned that any application - whether relating to discovery or relating to counsel - that is filed close to trial and could affect the ability to start trial on that date may be denied on that ground.  Within thirty days, each counsel shall file a letter affirming that he or she has advised his or her client of the foregoing.

The Clerk of Court is hereby directed to terminate Doc. #267.

SO ORDERED.

*[signature]*

November 6, 2020