UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
UNITED STATES OF AMERICA           :
:
    -v-                            :           20-CR-135 (JMF)
:
ALEXANDER ARGUEDAS, et al,         :           ORDER
:
        Defendants.                :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On November 6, 2020, the Court ordered that "[w]ithin thirty days" — that is, by December 7, 2020 — "each counsel shall file a letter affirming that he or she has advised his or her client of the" March 7, 2022 trial date and related matters.  As of today, counsel for the following Defendants have failed to comply with the Court's Order: **Davonte Brown, Jacobb Padin, Edgardo Baranco, Abbas Ozkurt, Jahvonne Chambers, Matthew Nieves, Tyerance Mickey, Mark Brock,** and **Jerry Rojas**. *See* ECF No. 269.  Counsel for these Defendants shall do so no later than **December 22, 2020**, or face possible sanctions for their failure to comply with the Court's Order.

    SO ORDERED.

Dated:  December 8, 2020                  _____
        New York, New York                        JESSE M. FURMAN
                                                United States District Judge