```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
            -v-                                                   :    20-CR-135 (JMF)
                                                                  :
ALEXANDER ARGUEDAS, et al,                                        :        ORDER
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On November 6, 2020, the Court ordered that "[w]ithin thirty days" — that is, by December 7, 2020 — "each counsel shall file a letter affirming that he or she has advised his or her client of the" trial date and related matters. *See* ECF No. 269.  On December 8, 2020, the Court noted that counsel for nine Defendants had failed to comply with the November 6th Order and directed them to do so by December 22, 2020, "or face possible sanctions for their failure to comply with the Court's Order." ECF No. 302. Several of these counsel have since complied or received an extension of the deadline. But counsel for four Defendants — namely, **Jacobb Padin, Abbas Ozkurt, Tyerance Mickey,** and **Jerry Rojas** — have neither complied nor received an extension. No later than **January 7, 2021**, counsel for these Defendants shall either file the letter as ordered or show cause why sanctions should not be imposed for their failure to comply with the Court's Orders.

SO ORDERED.

Dated: December 23, 2020
       New York, New York
                                                    _____
                                                         JESSE M. FURMAN
                                                       United States District Judge