Law Offices of
# Donald J. Yannella
A Professional Corporation
**Email:**  nynjcrimlawyer@gmail.com
**Tel:  (212) 226-2883**
**Fax:  (646) 430-8379**

| | |
|---|---|
| **70 Grand Avenue, Suite 100** | **233 Broadway, Suite 2370** |
| **River Edge, NJ  07661** | **New York, NY  10279** |
| | (Preferred mailing address) |

January 8, 2021

Hon. Jesse M. Furman
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

          Re:    *United States v. Alexander Arguedas, et al.*
                  20 Cr 135 (JMF)

Dear Judge Furman:

      I was appointed as learned counsel for Alexander Arguedas because he was charged with death eligible offenses. (ECF No. 55).  The Government has since filed notice of intention not to seek the death penalty against Mr. Arguedas. (ECF No. 90).  This case is scheduled for trial on March 7, 2022.

      I respectfully request that I be permitted to withdraw as counsel for Mr. Arguedas.  Since presentment, Mark Demarco has been appointed as lead counsel for Mr. Arguedas, and Mr. Demarco will continue with his representation of Mr. Arguedas in this matter.

Application GRANTED. The Clerk of Court is directed to terminate Doc. #336. SO ORDERED.

Sincerely,

/s/

Donald Yannella, Esq.

January 8, 2021