UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                                :
:
      -v-                                                       :      20-CR-135 (JMF)
:
ALEXANDER ARGUEDAS, et al,                                              :      <u>ORDER</u>
:
      Defendants.                                               :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      There is currently a proceeding in this matter scheduled for **March 15, 2021**.  *See* ECF No. 249.  Given that in-person proceedings with multiple defendants are still difficult, if not impossible, and that the deadline for defense motions was extended to May 28, 2021, *see* ECF No. 319, the Court is inclined to adjourn the conference to **June 3, 2021**, at **2:15 p.m.** and to exclude time under the Speedy Trial Act through that date.  If any counsel objects to such an adjournment or to exclusion of time, he or she shall confer with all other counsel and file a letter to that effect and explaining the nature of the objection by **March 5, 2021**, at **10 a.m.**  In the absence of an objection, the Court will enter an order adjourning the conference and excluding time.

      SO ORDERED.

Dated: March 1, 2021                                _____
      New York, New York                             JESSE M. FURMAN
                                                 United States District Judge