```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
            -v-                                                   :   20-CR-135 (JMF)
                                                                  :
ALEXANDER ARGUEDAS, et al,                                        :   ORDER
                                                                  :
                       Defendants.                                :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      There is currently a proceeding in this matter scheduled for **June 3, 2021**.  *See* ECF No. 360. Given that in-person and virtual proceedings with multiple defendants are still difficult, if not impossible, and that the deadline for defense motions was extended to May 28, 2021, *see* ECF No. 319, the Court is inclined to adjourn the conference to **July 13, 2021**, at **10:30 a.m.**, at which point any such motions would be fully briefed (and the Court will hopefully be able to safely hold an in-person proceeding), and to exclude time under the Speedy Trial Act through that date.  If any counsel objects to such an adjournment or to exclusion of time, he or she shall confer with all other counsel and file a letter to that effect and explaining the nature of the objection by **May 18, 2021**, at **5 p.m.**  In the absence of an objection, the Court will enter an order adjourning the conference and excluding time.

      SO ORDERED.

Dated: May 12, 2021
       New York, New York
                                                            JESSE M. FURMAN
                                                          United States District Judge