```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
                -v-                                               :   20-CR-135 (JMF)
                                                                  :
ALEXANDER ARGUEDAS, et al,                                        :   ORDER
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      There is a pretrial conference scheduled for **July 13, 2021**, at **10:30 a.m.** for the remaining Defendants in this case.  Mindful of the complications inherent in holding a single conference with that many defendants at the moment due to the existing COVID-19 protocols, counsel are directed to confer and, **within three business days of this Order**, submit a joint letter indicating their views on (1) whether the pretrial conference should be held for all Defendants, held for only some Defendants, or adjourned altogether; (2) whether the proceeding (or proceedings — given the potential need to split the conference into multiple smaller proceedings) should be held in person or remotely; and (2) whether, if permitted under the Constitution, the Federal Rules, and the CARES Act, each Defendant consents to a remote proceeding and/or to waiving his/her appearance altogether.  If a Defendant is detained, counsel should identify in their joint letter the facility in which the Defendant is held and his or her USMS No.; if the Defendant is not detained, counsel should indicate whether the Defendant would be capable of participating in a remote proceeding.

      After reviewing the parties' joint letter, the Court will issue an order indicating whether the proceeding will be held and, if so, whether it will be in person or remotely.  In case the proceeding needs to be rescheduled (or the Court needs to hold multiple proceedings), counsel should indicate in their joint letter dates and times during the week of the currently scheduled proceeding that they would be available for a proceeding, whether in person or remote.  In the event of a remote proceeding, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

      SO ORDERED.

Dated: June 28, 2021
       New York, New York
                                                  JESSE M. FURMAN
                                                  United States District Judge