```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
                                              :
UNITED STATES OF AMERICA                      :     20-CR-135 (JMF)
                                              :
       - v -                                  :     SCHEDULING ORDER
                                              :
ALEXANDER ARGUEDAS et al.,                    :
                                              :
                      Defendants.             :
                                              :
---------------------------------------------------------x
```

JESSE M. FURMAN, United States District Judge:

Trial in this case is scheduled to begin on **Monday, March 7, 2022**, at **9:30 a.m.** This Order sets forth the pretrial deadlines that shall apply. As counsel are aware, however, the Court is currently operating with strict COVID-19 protocols that involve centralized scheduling of all jury trials and limits on how many defendants can be tried in a single proceeding. Although the Court anticipates that these protocols will remain in place for the first quarter of 2022, the dates set forth in this Order assume that they will no longer be in effect. If the protocols remain in effect, the Court may need to revisit the dates, including whether all remaining Defendants can be tried together in a single trial. Additionally, in that event, the March 7, 2022 trial date is contingent upon the Court's request for that date being granted. To be clear, though, all parties shall treat that date as a firm date unless and until the Court orders otherwise.

1. **Pretrial Disclosures and Submissions**

As discussed on the record at the conference held on September 23, 2021, no later than **November 8, 2021**, the parties shall file a joint letter addressing the issue of a severance in the event that the number of remaining Defendants exceeds the number that can be tried in a single trial.

The Government shall file any racketeering letter and Rule 404(b) notice by **January 5, 2022**. By the **same date**, the parties shall confer and submit a proposed schedule with respect to deadlines for other pretrial disclosures, including exhibit lists and witness statements.

Any proposed *voir dire*, proposed jury instructions, and proposed verdict forms, as well as any motions *in limine* or trial memoranda, shall be filed by **January 19, 2022**. Any opposition to a motion *in limine* or trial memorandum (in the Government's case, to be filed in the form of a consolidated opposition in response to any/all defense motions) shall be filed by **February 16, 2022**. Any replies shall be filed by **February 23, 2022**. At the time of filing, the proposed *voir dire*, proposed jury instructions, and proposed verdict forms must be e-mailed, in Microsoft Word format, to Furman_NYSDChambers@nysd.uscourts.gov.

2. **Final Pretrial Conference**

Unless and until the Court orders otherwise, the parties shall appear for a final pretrial conference on **March 3, 2022**, at **10:00 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.  **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.**

3. **Familiarity with the Court's Individual Rules and Practices**

The parties must familiarize themselves with the Court's Individual Rules and Practices for Criminal Cases and Individual Rules and Practices for Trials, both of which are available at https://nysd.uscourts.gov/hon-jesse-m-furman.  Among other things, it is the parties' obligation to ensure that whatever technological needs they have — for the use of computers or other devices, presentation of evidence, or otherwise — are addressed in advance of trial.  The parties shall contact Chambers and/or the District Executive's Office sufficiently in advance of the trial date to raise any questions, address any technological needs, and arrange for testing of any technology.

SO ORDERED.

Dated: October 12, 2021
   New York, New York

                JESSE M. FURMAN
               United States District Judge