UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                                         :

UNITED STATES OF AMERICA
                                                         :

          - v. -                               :    **[PROPOSED] ORDER**

ALEXANDER ARGUEDAS,
                                                       :    20 Cr. 135 (JSR)

           Defendant.                :

------------------------------------x

WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Debra Freeman on February 8, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
           February 18, 2022

_____
THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK