UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                           :
:
-v-                                  :        20-CR-135-1 (JMF)
:
ALEXANDER ARGUEDAS,                                :        ORDER
:
Defendant.                           :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

The Court has received a financial affidavit and other documents relating to Defendant's appeal. *See* ECF No. 726. Upon review of the papers, the Court GRANTS Defendant's request to proceed *in forma pauperis* on appeal. The Clerk of Court is directed to directed (1) to forward this Order and the documents at ECF No. 726 to the Court of Appeals (which will address Defendant's request for the appointment of new counsel); and (2) to mail a copy of this Order to:

    Alexander Arguedas, Reg. No. 87944-054
    USP Hazelton
    U.S. Penitentiary
    PO Box 2000
    Bruceton Mills, WV 26525

SO ORDERED.

Dated: January 12, 2023
       New York, New York
                                          JESSE M. FURMAN
                                          United States District Judge