UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                              :

UNITED STATES OF AMERICA          :

      -v-                               :          20-CR-135-1 (JMF)

ALEXANDER ARGUEDAS,             :          <u>ORDER</u>

            Defendant.          :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On March 19, 2024, Defendant Alexander Arguedas filed a motion seeking compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  *See* ECF No. 775.  The Government shall file any opposition to the motion by **April 19, 2024**; Defendant shall file any reply by **May 10, 2024**.

        The Clerk of Court is directed to mail a copy of this Order to:

            Alexander Arguedas
            Register No. 87944-054
            USP Coleman I
            Federal Correctional Institution
            P.O. BOX 1033
            Coleman, FL  33521

        SO ORDERED.

Dated: March 20, 2024                            _____
      New York, New York                       JESSE M. FURMAN
                                                   United States District Judge