UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                         :

UNITED STATES OF AMERICA                           :

             -v-                                         :                    20-CR-135-1 (JMF)

ALEXANDER ARGUEDAS,                          :                       <u>ORDER</u>

                      Defendant.                  :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On September 6, 2024, the Court received the attached motion, filed by Defendant Alexander Arguedas, seeking the return of certain property pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure. The Government shall file a response to the motion no later than **September 13, 2024**; no reply may be filed without prior leave of Court.

       The Clerk of Court is directed to mail a copy of this Order to:

> Alexander Arguedas
> Register No. 87944-054
> USP Coleman I
> Federal Correctional Institution
> P.O. BOX 1033
> Coleman, FL 33521

       SO ORDERED.

Dated: September 6, 2024                            _____
      New York, New York                                    JESSE M. FURMAN
                                                                 United States District Judge

United States District Court
Southern District of New York

Alexander, Arguedas
Petitioner,
v.
United States Of America
Respondents,

20-cr-135-Furman.

Honorable: Furman, USDJ

August 26th, 2024

Petitioner: Arguedas is Filing A Rule 41 (g) motion Seeking His Property which is 2 I-Phones, That were taken when he was Arrested.

Signed under 28 U.S.C. § 1746, under Perjury The Above and following to be true, correct and complete. Pro-Se. In Lieu of Notary Public.

Respectfully Submitted by
Petitioner / Affiant:
Alx Ayers
Alexander, Arguedas
879 44-054
USP Coleman I,
P.O. Box 1033
Coleman, Florida
33521



1.

RECEIVED SEP 5 2024 S.D.N.Y.
RECEIVED SEP 04 2024 PRO SE OFFICE

Certificate of Service

I, Petitioner: Arguedas, hereby certify that I have sent this motion Via: U.S. Mail / Postage Prepaid on this 26th, day of August, 2024, To the Following

Clerk of Courts
U.S. District Court
U.S. Courthouse
500 Pearl Street
Newyork, Newyork
10007

U.S. Attorney's
Office S.D. N.Y.
1 ST. Andrews Plaza
Newyork, N.Y.
10007

_Alexander, Arguedas_

Thank you!

2.

Alexander Arguedas # 87444-054
Federal Correctional Complex
FSA 1, L-unit, #101
P.O. Box 1033
Coleman, FL 33521

TAMPA FL 335
SAINT PETERSBURG FL
28 AUG 2024 PM 6 L

USMA4P
SDNY

Clerk Of Courts
U.S. District Court
U.S. Courthouse
500 Pearl Street
New York, N.Y. 10007

