```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA                            :
                                                    :
         -v-                                        :   20-CR-135-1 (JMF)
                                                    :
ALEXANDER ARGUEDAS,                                 :            ORDER
                                                    :
                    Defendant.                      :
                                                    :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      In light of the Government's response, *see* ECF No. 809, Defendant Alexander Arguedas's motion for return of certain property pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure is GRANTED as unopposed. That is, **if** the Government still has possession of Mr. Arguedas's cellphones, it shall return them to his designated representative. Mr. Arguedas should send a letter to the Government designating a representative. No later than **September 27, 2024**, the Government shall file a status report with respect to whether it has located the cellphones.

      The Clerk of Court is directed to mail a copy of this Order to:

> Alexander Arguedas
> Register No. 87944-054
> USP Coleman I
> Federal Correctional Institution
> P.O. BOX 1033
> Coleman, FL  33521

SO ORDERED.

Dated: September 13, 2024  
       New York, New York

                                                             JESSE M. FURMAN  
                                                        United States District Judge