UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                           :
:
    -v-                                                          :    20-CR-135-1 (JMF)
:
ALEXANDER ARGUEDAS,                                                :    <u>ORDER</u>
:
                    Defendant.                                     :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On October 22, 2024, Defendant Alexander Arguedas filed a motion seeking the return of certain property pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure.. *See* ECF No. 812. The Government shall file a response to the motion no later than **October 31, 2024**; no reply may be filed without prior leave of Court.

        The Clerk of Court is directed to mail a copy of this Order to:

                Alexander Arguedas
                Register No. 87944-054
                USP Coleman I
                Federal Correctional Institution
                P.O. BOX 1033
                Coleman, FL  33521

        SO ORDERED.

Dated: October 22, 2024
       New York, New York                        _____
                                                      JESSE M. FURMAN
                                               United States District Judge