```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA                                                :
                                                                        :
        -v-                                                             :    20-CR-135-1 (JMF)
                                                                        :
ALEXANDER ARGUEDAS,                                                     :    ORDER
                                                                        :
                            Defendant.                                  :
                                                                        :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

        On October 22, 2024, Defendant Alexander Arguedas filed a motion seeking the return of certain property pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure. *See* ECF No. 812. In its response, the Government reports that the property is in the possession of the New York City Police Department ("NYPD") and can be picked up from the NYPD Bronx Property Clerk's Office, 215 East 161st Street, Bronx, NY 10451, "by a designated representative that has been authorized by the defendant in a notarized letter to take possession of the property." ECF No. 814. In light of that, the motion is denied as moot.

        The Clerk of Court is directed to terminate ECF No. 812 and mail a copy of this Order to:

        Alexander Arguedas
        Register No. 87944-054
        USP Coleman I
        Federal Correctional Institution
        P.O. BOX 1033
        Coleman, FL  33521

SO ORDERED.

Dated: November 1, 2024                               _____
      New York, New York                            JESSE M. FURMAN
                                                            United States District Judge