UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

ALEXANDER ARGUEDAS,

Defendant.

20-CR-135-1 (JMF)
26-CV-8579 (JMF)

ORDER TO ANSWER

---

JESSE M. FURMAN, United States District Judge:

The Court, having concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily dismissed as being without merit, hereby ORDERS that:

The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

Within sixty days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the motion. Movant shall have thirty days from the date on which Movant is served with Respondent's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

All future filings should be made only in 20-CR-135. The Clerk of Court is directed to closed 26-CV-8579 and to mail this Order to:

Alexander Arguedas
Register No. 87944-054
USP Beaumont
U.S. Penitentiary
P.O. BOX 26030
Beaumont, TX 77720

SO ORDERED.

Dated: October 1, 2026
New York, New York

JESSE M. FURMAN
United States District Judge